UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>21-cr-20221-DPG</u>

**UNITED STATES OF AMERICA**

vs.

**CARLOS BASAURI-COTO,**

    **Defendant.**

_____/

## FACTUAL PROFFER

Defendant, Carlos Basuri-Coto (the "Defendant" or "Basauri-Coto"), his counsel, and the United States of America agree that, had this case proceeded to trial, the United States would have proven the following facts beyond a reasonable doubt:

Beginning in January of 2021, a Confidential Source ("CS") acting at the direction of law enforcement conducted a series of meetings in Colombia with co-defendants Alfonso Rustrian and Adalberto Fructuoso Comparan-Rodriguez. Comparan-Rodriguez was presented as a leader of the United Cartels, and Rustrian was presented as his right hand man. During those meetings, Rustrian and Comparan-Rodriguez told the CS that they were involved in the distribution of crystal methamphetamine and heroin from Michoacán, Mexico, to Houston, Texas and Atlanta, Georgia. Comparan-Rodriguez further explained that he currently had 300 kilograms of crystal methamphetamine in Atlanta, Georgia, as well as access to heroin. The CS discussed prices with Comparan-Rodriguez and Rustrian, and told them that he wanted to purchase approximately 500 kilograms of crystal methamphetamine for importation from Mexico to South Florida. After negotiating the price, they initially settled on 250 kilograms of crystal methamphetamine at $14,000 per kilogram. They would later decide on a total of 500 kilograms. Comparan-Rodriguez explained to the CS that the crystal methamphetamine would be shipped dissolved in liquid house

paint, which is undetectable. Over the next several months, Rustrian and Comparan-Rodriguez coordinated with the CS to establish the specifics for the methamphetamine transaction.

On or about February 5, 2021, the CS, acting at the direction of law enforcement, conducted a virtual money flash of bulk US Currency to Rustrian using an encrypted video conferencing app. After establishing a video connection, the CS told Rustrian he had approximately $6 million dollars present and panned his cell phone across a green suitcase which contained several plastic wrapped bundles of purported bulk U.S. Currency. Rustrian then replied to the CS, "Yes brother that is very good you are almost done." The CS then told Rustrian, "All the money is also wrapped inside these boxes," and showed several wrapped appliance boxes. The CS told Rustrian that he also needed a list of the items needed to extract the methamphetamine from the house paint once it arrived in Miami. Rustrian responded that he would call Comparan-Rodriguez about the issue.

Rustrian told the CS that he had a business partner who could possibly receive wire transfers to help move the money. This was a reference to Basauri-Coto. At first, Rustrian told the CS that Basauri-Coto should not know where the money was coming from. Despite this, Basauri-Coto believed initially that the money had something to do with a prior legal investment he and Rustrian had done. Rustrian and the CS also discussed being cunning with Basauri-Coto concerning the exact nature of the funds. Prior to his first meeting with the CS, Basauri-Coto did not know that the money would come from drugs, but he had reason to suspect it came from something illegal.

On or about February 10, 2021, the CS was contacted by Basauri-Coto, who told the CS that he had landed at the airport in Miami and was ready to be picked up. The CS drove to the airport, picked up Basauri-Coto, and drove him to his hotel in Miami. A short time later, the CS and Basauri-Coto met in the hotel's restaurant. Their meeting was audio and video recorded. During the meeting, the CS and Basauri-Coto discussed the money they needed to move to Mexico

for Rustrian. The CS initially proposed that $8,150,000 needed to be moved in various ways. Basauri-Coto told the CS that he had accounts that could be used to move the money.

The CS and Basauri-Coto also discussed the CS's clients. The CS said: "Obviously, man, a lot of people get scared, but see, what my clients do, their businesses, we don't care about that. They've been my clients for a long time. They've been my clients for a long time. They are very systematic. They don't make mistakes. I don't make mistakes. That's why I'm still here. I'm still alive. Right? So, I know some people are troubled about this, what we've talked about. But, whatever they do is their problem. You understand? I mean their drug issues are their problem. It has nothing to do with you or me. But Poncho was like… you understand? He says you're a goody, and a sissy, bro. (laughs)."

The CS then asked for more information about the accounts Basauri-Coto had access to. Basauri-Coto provided the CS with bank account information for three of his different companies that they would use. The CS then asked Basauri-Coto if he had a location that could hold cash if needed. Basauri-Coto responded that they could use his grandmother's condo located in Aventura, Florida, which was being transferred into his mother's name. Basauri-Coto provided the address for the Aventura apartment and offered to show it to him.

Basauri-Coto explained to the CS the businesses he would use to move the money. Basauri-Coto explained that he could put money through his shoe company and his investment company. To that end, Basauri-Coto showed the CS samples of shoes and face masks his company sells, which the CS kept. He suggested they could use those products as cover investments for the money they were moving.

Soon after a March 4, 2021, meeting between Rustrian and Comparan-Rodriguez, Rustrian told the CS that Comparan-Bedolla would be traveling to Miami to receive the first shipment of methamphetamine – roughly 200 kilograms of the planned 500 kilograms. On or about March 11,

2021, Comparan-Bedolla arrived at Miami International Airport from Mexico City. The CS went to the airport and picked up Comparan-Bedolla. On the drive from the airport, the CS asked Comparan-Bedolla if he had the list of materials needed to extract the crystal methamphetamine from the paint once the shipment arrived. Comparan-Bedolla responded yes, he had that information in his head. Comparan-Bedolla said that they likely needed to purchase several things, but the chemist who was coming to help them with the extraction would also arrive with certain materials. Comparan-Bedolla and the CS agreed to purchase the materials the next day in case the chemist did not bring all the material required. The CS drove Comparan-Bedolla to a hotel in Hialeah, Florida, that had been reserved by Rustrian.

The next morning, March 12, 2021, the CS and Comparan-Bedolla went to several stores in Hialeah Gardens, Florida, to purchase the materials required to extract the crystal methamphetamine from the house paint. Those materials included an aluminum pot, coolers, knives, plastic containers, a propane burner, a propane tank, measuring cups and a thermometer.

The CS and Comparan-Bedolla then went back to the hotel, and the CS met with an undercover agent ("UC1") who was presented as a worker for the CS. At that meeting, the CS and Comparan-Bedolla provided UC1 with all the materials they had purchased that day. Comparan-Bedolla then explained to UC1 the process of extracting the methamphetamine from the paint. Comparan-Bedolla told UC1 that he knows the entire process except one step, which is separating the paint from the meth oil.

On or about March 19, 2021, the plan for the delivery of the methamphetamine changed, and the CS was informed that the initial shipment of methamphetamine would not arrive in paint, but in large concrete tiles. That same day, Comparan-Bedolla told the CS that two truckers had been hired by the organization to transport the concrete tiles containing crystal methamphetamine to Miami. This was the methamphetamine that the CS had previously negotiated with Rustrian

and Comparan-Rodriguez. The tiles containing the meth had come from Mexico and were stashed by the organization in Texas. The two drivers, then, would drive the tiles containing meth on a truck from Texas to Hialeah, Florida.

During the drive from Texas to Florida the truck drivers sent regular location updates (and photographs) to the CS and Comparan-Bedolla. During the transport, Comparan-Bedolla was in constant communication with his father, Comparan-Rodriguez. A number of those communications were recorded by the CS who was present with Comparan-Bedolla.

The truck transporting the methamphetamine arrived in South Florida on the evening of March 20, 2021. The truck drove to an undercover law enforcement warehouse in the Miami area. When the truck arrived, Comparan-Bedolla called his father and told him that the drivers had arrived at the warehouse. An additional undercover agent ("UC2") used a forklift to remove four crates of concrete tile from the truck's trailer. The tile was placed into the warehouse, and the drivers left the area. After the drivers left, UC1, UC2, the CS, and Comparan-Bedolla broke the tiles open using hammers. From within the tiles, law enforcement recovered approximately 200 kilograms of wrapped methamphetamine. The methamphetamine was field tested, which confirmed that it was in fact methamphetamine. The undercover warehouse was wired to record audio and video, and the removal of the methamphetamine from the tiles was recorded by law enforcement.

On March 21, 2021, the CS picked up Basauri-Coto and drove him to dinner. The CS asked whether Basauri-Coto knew that he was "cunning." Basauri-Coto responded "only money, like everyone," and then added that there "are several government things involved." The parties then also discussed that the CS was involved in an exchange of "materials." During the dinner, the CS told Basauri-Coto that the reason the money was not yet available was because he had only received some of the methamphetamine and was awaiting the delivery of the remainder of the

5

shipment. The CS explained that the money would be ready once the remainder was delivered. Basauri-Coto told the CS he would stay in Miami the money was delivered. The CS replied that he would pay Basauri-Coto an additional amount for the extended stay, and that Rustrian had agreed with this arrangement. Basauri-Coto told the CS that the $200,000 was not the issue, but rather, just wanted to be done with the situation and to go back home. They did not discuss the $200,000 again, and Basauri-Coto ultimately was not given the $200,000.

At some point during the course of their communications, Basauri-Coto called Rustrian to ask about the drugs involved. Rustrian explained that the CS was crazy, and not to listen to him.

On or about March 23, 2021, Comparan-Bedolla told the CS that, instead of 300 more kilograms of methamphetamine, they would be receiving 350 kilograms of methamphetamine, and it would be shipped in house paint. That paint was shipped from Mexico, through Texas, and represents the final portion of the original 500-kilogram deal that the CS, Rustrian, and Comparan-Rodriguez had agreed to in January 2021.

On or about the evening of March 26, 2021, a truck delivered approximately 245 five-gallon buckets of paint to an undercover warehouse in the Miami area. The truck was driven by the same driver, and used the same trailer, as the previous delivery of 200 kilograms of methamphetamine in large concrete tiles. The warehouse was wired to record audio and video.

Early on the morning of March 27, 2021, the CS, Comparan-Bedolla, UC1 and UC2 arrived at the warehouse and unloaded the paint buckets into the warehouse. After unloading the paint buckets, the CS and Comparan-Bedolla left the warehouse in order to meet with two chemists what had been sent by Comparan-Rodriguez to help with the extraction of the methamphetamine from the paint. The CS and Comparan-Bedolla drove to the hotel where the chemists were staying, and they had the chemists follow in their own vehicle back to the warehouse. The chemists were identified as co-defendants Silviano Gonzalez-Aguilar and Salvador Valdez.

Once inside the warehouse, Valdez explained that he had helped pack the pallets holding the paint buckets in Houston, for shipment to Miami. The CS, UC1, UC2 and Comparan-Bedolla then helped the chemists remove the buckets that contained methamphetamine from the pallets. Of the approximately 245 paint buckets, 35 contained methamphetamine mixed with paint, while the remaining buckets held only paint. The parties removed those 35 buckets from the pallets they were packed on. The chemists agreed to demonstrate the methamphetamine extraction process on three of the buckets in order to teach the CS and both UCs how extract the methamphetamine. Then, the CS and Ucs would handle the extraction process for the remaining 32 buckets.

Later in the day on March 27, 2021, the chemists went shopping for additional materials required to process the paint. After purchasing the required materials, the chemists came back to the warehouse and began the process of extraction along with Comparan-Bedolla, the CS, and the Ucs. They continued working through midnight that evening.

The next day, March 28, 2021, Gonzalez-Aguilar and Valdez returned to the warehouse after having breakfast with Comparan-Bedolla. At the warehouse, while being audio and video recorded, Comparan-Bedolla, Gonzalez-Aguilar, Valdez, the CS, and both Ucs continued the extraction process. They worked throughout the rest of the day. After the chemists had left for the evening, law enforcement tested the substance they had been working on extracting, and it field tested positive for methamphetamine. Law enforcement also field tested the paint/meth mixture in the buckets that had not yet been processed, and that material field tested positive for methamphetamine as well.

That same day, March 28, 2021, the CS again met with Basauri-Coto. They discussed the money that Basauri-Coto would need to move. The CS explained again that they were waiting for a delivery of methamphetamine, but was clear that Basuari-Coto's role related only to moving the money, not the drugs. The CS discussed moving $4,150,000; a million of which was supposed to

go through a company of Basauri-Coto's. After this call, given the nature of the transactions and the way it was being structured, Basauri-Coto had reason to believe that some of the money involved in the transaction was illegal proceeds.

On Tuesday March 30, 2021, both UCs continued to extract meth with Comparan-Bedolla, Gonzalez-Aguilar and Valdez at the warehouse. They ultimately were able to extract roughly eighteen pounds of methamphetamine from two buckets of paint. That methamphetamine was later seized by law enforcement, and field-tested positive for methamphetamine. That same day, the CS had arranged for UC1, Comparan-Bedolla and Basauri-Coto to meet at a local hotel conduct the money pick up. That afternoon, UC1 and Comparan-Bedolla met with Basauri-Coto. After brief introductions with all three, Basauri-Coto said that he would move his vehicle closer. He moved the car two spaces and opened the trunk area. UC1 and Comparan-Bedolla removed a large suitcase from their trunk and placed it in Basauri-Coto's vehicle. UC1 then opened the suitcase and displayed a large amount of fake currency. Basauri-Coto agreed that it looked good and shut his hatch/trunk. At that point, both Basauri-Coto and Comparan-Bedolla were arrested.

Shortly thereafter, the arrest team drove to the undercover warehouse and arrested Gonzalez-Aguilar and Valdez.

*[Intentionally Blank]*

The Parties agree that the above facts, which do not include all the facts known to the Government and the Defendant, are sufficient to prove the guilt of the Defendant in the above-referenced matter.

Date: 9/22/22    By: _____
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY
SHANE BUTLAND
ASSISTANT UNITED STATES ATTORNEY

Date: 9/22/22    By: _____
MICHAEL NADLER, ESQ.
COUNSEL FOR DEFENDANT

Date: 9/22/22    By: _____
CARLOS BASAURI-COTO
DEFENDANT